1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    JOSEPH R. TIFFANY II #67821
2   joseph.tiffany@pillsburylaw.com
    2475 Hanover Street
3   Palo Alto, CA 94304-1114                        *E-FILED 7/20/05*
    Telephone:  (650) 233-4500
4   Facsimile:  (650) 233-4545

5   PILLSBURY WINTHROP SHAW PITTMAN LLP
    SHARON L. O'GRADY  #102356
6   sharon.ogrady@pillsburylaw.com
    50 Fremont Street, Fifth Floor
7   San Francisco, CA 94105
    Telephone:  (415) 983-1000
8   Facsimile:  (415) 983-1200

9   Attorneys for Plaintiff and Counterdefendant
    CBR SYSTEMS, INC.
10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14   _____

15   CBR SYSTEMS, INC.,                 )   No. C-05-0833 (RS)
                                        )
16                        Plaintiff,    )   STIPULATION CONTINUING CASE
                                        )   MANAGEMENT CONFERENCE AND
17        vs.                           )   XXXXXXXXX ORDER THEREON
                                        )
18   VIACELL, INC., a Delaware corporation, )
     and VIACORD, INC., a Delaware      )
19   corporation,                       )   Date:     July 27, 2005
                                        )   Time:     2:30 p.m.
20                        Defendants.   )   Dept.:    Mag. Judge Richard Seeborg
     _____     )
21                                      )
     AND RELATED COUNTERCLAIMS.         )
22   _____     )

23

24        IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant

25   CBR SYSTEMS, INC. ("CBR") and Defendants and Counterclaimants VIACELL, INC.

26   and VIACORD, INC. ("Defendants"), through their undersigned counsel, pursuant to

27   L.R. 6-1(a), that the Case Management Conference shall be continued from July 27, 2005 to

28   2:30 p.m. on September 28, 2005, and that the last day for the parties to complete initial

1    disclosures or state objection in Rule 26(f) Report, to file and serve their Joint Case

2    Management Statement, and to file and serve their Rule 26(f) Report shall be September 21,

3    2005.  The ground for said continuance is that the parties are continuing to discuss

4    settlement, and have made substantial progress.  The requested continuance will enable the

5    parties to engage in such settlement discussions before incurring the attorneys fees and

6    costs necessary to prepare for and participate in the Case Management Conference.

7            SO STIPULATED.

8            Dated:  July 20, 2005.              By _____/s/_____

9                                                                SHARON O'GRADY #102356
                                                                   PILLSBURY WINTHROP SHAW PITTMAN LLP

10                                                              Attorneys for Plaintiff and Counterdefendant
                                                                   CBR SYSTEMS, INC.

11

12

13          Dated:  July 20, 2005.              By _____/s/_____
                                                                MARK D. ROWLAND #157862
14                                                              ROPES & GRAY LLP

15                                                              Attorneys for Defendants and Counterclaimants
                                                                   VIACELL, INC. and VIACORD, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the

2    filing of this document has been obtained from counsel for Defendants and

3    Counterclaimants Viacell, Inc. and Viacord, Inc.

4

5                                    By _____/s/_____

6                                        SHARON O'GRADY

7                                        Attorneys for Plaintiff and Counterdefendant
                                         CBR SYSTEMS, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                            **<u>ORDER</u>**

3          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED as follows:

4          1.  The Case Management Conference is continued to September 28, 2005 at

5    2:30 p.m.

6          2.  The last day to complete initial disclosures or state objection in Rule 26(f)

7    Report, to file and serve Joint Case Management Statement and to serve Rule 26(f) Report

8    is September 21, 2005.

9

10         Dated:  July 20 , 2005          /s/ Richard Seeborg
                                           _____
11                                         The Honorable Richard Seeborg
                                           United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28