| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | JOSEPH R. TIFFANY II #67821 |
| 2 | joseph.tiffany@pillsburylaw.com |
|   | 2475 Hanover Street |
| 3 | Palo Alto, CA 94304-1114 |
|   | Telephone:  (650) 233-4500 |
| 4 | Facsimile:  (650) 233-4545 |
| 5 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | SHARON L. O'GRADY  #102356 |
| 6 | sharon.ogrady@pillsburylaw.com |
|   | 50 Fremont Street, Fifth Floor |
| 7 | San Francisco, CA 94105 |
|   | Telephone:  (415) 983-1000 |
| 8 | Facsimile:  (415) 983-1200 |
| 9 | Attorneys for Plaintiff and Counterdefendant |
|   | CBR SYSTEMS, INC. |

*E-FILED 9/20/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CBR SYSTEMS, INC., | ) | No. C-05-0833 (RS) |
| Plaintiff, | ) | STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON |
| vs. | ) | |
| VIACELL, INC., a Delaware corporation, and VIACORD, INC., a Delaware corporation, | ) | Date:    September 28, 2005 |
| | ) | Time:    2:30 p.m. |
| | ) | Dept.:   Mag. Judge Richard Seeborg |
| Defendants. | ) | |
| AND RELATED COUNTERCLAIMS. | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant CBR SYSTEMS, INC. ("CBR") and Defendants and Counterclaimants VIACELL, INC. and VIACORD, INC. ("Defendants"), through their undersigned counsel, pursuant to L.R. 6-1(a), that the Case Management Conference shall be continued from September 28, 2005 to 2:30 p.m. on October 26, 2005, and that the last day for the parties to complete

1  initial disclosures or state objection in Rule 26(f) Report, to file and serve their Joint Case

2  Management Statement, and to file and serve their Rule 26(f) Report shall be October 19,

3  2005.  The ground for said continuance is that the parties are continuing to discuss

4  settlement, and have made substantial progress.  The requested continuance will enable the

5  parties to engage in such settlement discussions before incurring the attorney fees and costs

6  necessary to prepare for and participate in the Case Management Conference.

7           IT IS SO STIPULATED.

8           Dated:  September 19, 2005.      By            /s/
                                                SHARON O'GRADY #102356
9                                               PILLSBURY WINTHROP SHAW PITTMAN LLP

10                                              Attorneys for Plaintiff and Counterdefendant
                                                CBR SYSTEMS, INC.
11

12
            Dated:  September 19, 2005.      By            /s/
13                                              MARK D. ROWLAND #157862
                                                ROPES & GRAY LLP
14
                                                Attorneys for Defendants and Counterclaimants
15                                              VIACELL, INC. and VIACORD, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the
2 filing of this document has been obtained from counsel for Defendants and
3 Counterclaimants Viacell, Inc. and Viacord, Inc.
4
5                         By _____/s/_____
                                SHARON O'GRADY
6
7                         Attorneys for Plaintiff and Counterdefendant
                          CBR SYSTEMS, INC.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED as follows:

1. The Case Management Conference is continued to October 26, 2005 at 2:30 p.m.

2. The last day to complete initial disclosures or state objection in Rule 26(f) Report, to file and serve Joint Case Management Statement and to serve Rule 26(f) Report is October 19, 2005.

Dated:  September 20, 2005

/s/ Richard Seeborg
The Honorable Richard Seeborg
United States Magistrate Judge