UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CBR SYSTEMS, INC., | No. C 05-00833 RS |
| Plaintiff, | |
| v. | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| VIACELL, INC., et al., | |
| Defendants. | |

At the request of the parties and good cause appearing therefor,

The case management conference in the above-captioned matter currently set for January 11, 2006 at 2:30 p.m. is continued to **March 15, 2006 at 2:30 p.m.** The last day for the parties to complete initial disclosures or state objections in Rule 26(f) Report, to file and serve their Rule 26(f) Report and file and serve their Joint Case Management Statement shall be March 8, 2006.

IT IS SO ORDERED.

Dated: January 4, 2006

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Sharon L. O'Grady, Esq.
Email: sharon.ogrady@pillsburylaw.com

Mark D. Rowland, Esq.
Email: mark.rowland@ropesgray.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 4, 2006

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:   /s/BAK