1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   JOSEPH R. TIFFANY II #67821
2  joseph.tiffany@pillsburylaw.com
   2475 Hanover Street
3  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
4  Facsimile: (650) 233-4545

5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   SHARON L. O'GRADY #102356
6  sharon.ogrady@pillsburylaw.com
   50 Fremont Street, Fifth Floor              *E-FILED 3/9/06*
7  San Francisco, CA 94105
   Telephone: (415) 983-1000
8  Facsimile: (415) 983-1200

9  Attorneys for Plaintiff and Counterdefendant
   CBR SYSTEMS, INC.
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14
15  CBR SYSTEMS, INC.,                )   No. C-05-0833 (RS)
                                       )
16              Plaintiff,             )   STIPULATION CONTINUING CASE
                                       )   MANAGEMENT CONFERENCE AND
17       vs.                           )   [~~PROPOSED~~] ORDER THEREON
                                       )
18  VIACELL, INC., a Delaware corporation, )
    and VIACORD, INC., a Delaware     )
19  corporation,                       )
                                       )
20              Defendants.            )
                                       )
21  
    AND RELATED COUNTERCLAIMS.         )
22                                     )

23       IT IS HEREBY STIPULATED by and between CBR SYSTEMS, INC. ("Plaintiff")

24  and defendants and counterclaimants VIACELL, INC., and VIACORD, INC. (collectively,

25  "Defendants") through their undersigned counsel, pursuant to L.R. 6-1(a) that the Case

26  Management Conference shall be continued from March 15, 2006 to April 5, 2006, and that

27  the last day for the parties to complete initial disclosures or state objections in Rule 26(f)

28  Report, to file and serve their Rule 26(f) Report and file and serve their Joint Case

1  Management Statement shall be March 29, 2006. The grounds for this stipulation are that
2  the parties have entered into a settlement agreement, but that certain actions must be taken
3  by the parties before a request for dismissal of this litigation may be filed. These actions
4  have taken longer than anticipated. The parties expect to be in a position to stipulate to the
5  dismissal of this action prior to April 5, 2006. The requested continuance will allow the
6  parties additional time to complete the actions required under settlement agreement before
7  the litigation may be dismissed, and may obviate the need for further proceedings.
8      IT IS SO STIPULATED.
9      Dated: March 8, 2006.      By _____/s/_____
10                                 SHARON O'GRADY #102356
                                   PILLSBURY WINTHROP SHAW PITTMAN LLP
11
                                   Attorneys for Plaintiff and Counterdefendant
12                                 CBR SYSTEMS, INC.
13
14     Dated: March 8, 2006.      By _____/s/_____
                                   MARK D. ROWLAND #157862
15                                 ROPES & GRAY LLP
16                                 Attorneys for Defendants and Counterclaimants
                                   VIACELL, INC. and VIACORD, INC.
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the |
| 2 | filing of this document has been obtained from counsel for Defendants and |
| 3 | Counterclaimants VIACELL, INC., and VIACORD, INC. |
| 4 | |
| 5 | By _____/s/_____ |
| 6 | SHARON O'GRADY |
| 7 | Attorneys for Plaintiff and Counterdefendant CBR SYSTEMS, INC. |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1

2 **ORDER**

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 Dated: March 9, 2006            _____

The Honorable Richard Seeborg

5 United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28