| | | |
|---|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JOSEPH R. TIFFANY II #67821 | |
| 2 | joseph.tiffany@pillsburylaw.com<br>2475 Hanover Street | |
| 3 | Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4500 | *E-FILED 3/31/06* |
| 4 | Facsimile: (650) 233-4545 | |
| 5 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>SHARON L. O'Grady #102356 | |
| 6 | sharon.ogrady@pillsburylaw.com<br>50 Fremont Street, Fifth Floor | |
| 7 | San Francisco, CA 94105<br>Telephone: (415) 983-1000 | |
| 8 | Facsimile: (415) 983-1200 | |
| 9 | Attorneys for Plaintiff and Counterdefendant<br>CBR SYSTEMS, INC. | |
| 10 | | |
| 11 | ROPES & GRAY LLP<br>MARK D. ROWLAND #157862 | |
| 12 | Mark.Rowland@ropesgray.com<br>GABRIELLE E. HIGGINS #163179 | |
| 13 | 525 University Avenue<br>Palo Alto, California 94301<br>Tel: (650) 617-4000 | |
| 14 | | |
| 15 | Attorneyes for Defendants<br>VIACELL, INC. and VIACORD, INC. | |

16

17  UNITED STATES DISTRICT COURT

18  NORTHERN DISTRICT OF CALIFORNIA

19  SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | _____ ) | |
| 21 | CBR SYSTEMS, INC.,                        ) | E-Filing |
|    |                                           ) | |
| 22 |                         Plaintiff,        ) | No. C-05-0833 (RS) |
|    |                                           ) | |
| 23 |         vs.                               ) | STIPULATION AND ORDER OF |
|    |                                           ) | DISMISSAL |
| 24 | VIACELL, INC., a Delaware corporation,    ) | |
|    | and VIACORD, INC., a Delaware             ) | No Trial Date Set |
| 25 | corporation,                              ) | |
|    |                                           ) | |
| 26 |                         Defendants.       ) | |
|    | _____ ) | |
| 27 | AND RELATED COUNTERCLAIMS.                ) | |
|    | _____ ) | |
| 28 | | |

1       Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and their

2 Confidential Settlement Agreement dated October 27, 2005, plaintiff and counterdefendant

3 CBR SYSTEMS, INC. ("Plaintiff") and defendants and counterclaimants VIACELL, INC.,

4 and VIACORD, INC. (collectively, "Defendants") hereby stipulate as follows:

5       1.      Plaintiff's complaint is dismissed with prejudice.

6       2.      Defendants' counterclaims are dismissed with prejudice.

7       3.      The Court shall retain jurisdiction of this action for purposes of resolving

8 any disputes or controversies arising from or related to the Confidential Settlement

9 Agreement.

10      4.      Each party shall bear its own attorney' fees and costs incurred in connection

11 with this action.

12       IT IS SO STIPULATED.

13

14       Dated:  March 31, 2006.     By        /s/
                                                         SHARON O'GRADY #102356

15                                                         PILLSBURY WINTHROP SHAW PITTMAN LLP

16                                                         Attorneys for Plaintiff and Counterdefendant
                                                        CBR SYSTEMS, INC.

17

18

      Dated:  March 31, 2006.     By        /s/

19                                                         MARK D. ROWLAND #157862
                                                        ROPES & GRAY LLP

20

21                                                         Attorneys for Defendants and Counterclaimants
                                                        VIACELL, INC. and VIACORD, INC.

22

23

24

25

26

27

28

1        Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the

2 filing of this document has been obtained from counsel for Defendants and

3 Counterclaimants VIACELL, INC., and VIACORD, INC.

4

5                                      By          /s/

6                                                 SHARON O'GRADY

7                                      Attorneys for Plaintiff and Counterdefendant
                                         CBR SYSTEMS, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2 **ORDER**

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 Dated: March 31 , 2006   _____

5 The Honorable Richard Seeborg
United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28